**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE MOJARRO CRUZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MOJARRO CRUZ,<br><br>Defendant | ) Case No.: 14-cr-00048 LJO-SKO<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, JOSE MOJARO CRUZ, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

Monday, July 20, 2015 be continued to Monday, August 31, 2015.

   On July 8, 2015, I commenced a homicide trail in the matter of *People v. Jimenez,*

*DF011554B*, in the Kern County Superior Court.  Trial is anticipated to last approximately three

weeks.  I have spoken to AUSA Brian Delaney, and he has no objection to continuing the

sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED: 7/15/2016                        ***/s/ David A Torres***
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          JOSE MOJARRO CRUZ

DATED: 7/15/2015                        ***/s/Brian Delaney***
                                          BRIAN DELANEY
                                          Assistant U.S. Attorney

## ORDER

**T**he sentencing hearing is continued to August 31, 2015 at 9:30 a.m.

IT IS SO ORDERED.

    Dated:  **July 16, 2015**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE