**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE MOJARRO CRUZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 14-cr-00048 LJO-SKO |
| Plaintiff, | ) **STIPULATION AND ORDER TO** ) **CONTINUE SENTENCING HEARING** |
| vs. | ) |
| JOSE MOJARRO CRUZ, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

LAWRENCE J. O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES

ATTORNEY:

**COMES NOW** Defendant, JOSE MOJARO CRUZ, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

Monday, August 31, 2015 be continued to Monday, September 21, 2015.

Defense counsel is compiling additional information to use at the time of sentencing. I

have spoken to AUSA Brian Delaney, and he has no objection to continuing the sentencing

hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                                          Respectfully Submitted,

DATED: August 24, 2015                         */s/ David A Torres*___
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          JOSE MOJARRO CRUZ


DATED: August 24, 2015                         */s/Brian Delaney*_____
                                                          BRIAN DELANEY
                                                          Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to August 31, 2015 at 9:30am.


IT IS SO ORDERED.

   Dated:   **August 24, 2015**                    **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE