**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE MOJARRO CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MOJARRO CRUZ,<br><br>Defendant | Case No.: 1:14-CR-0048 LJO-SKO<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER** |

TO THE ABOVE ENTITLED COURT; THE ASSISTANT UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA AND THE UNITED STATES PROBATION OFFICE:

    Defendant, Jose Mojarro Cruz, by and through his attorney, David A. Torres, hereby requests that the Stipulation and Proposed Order to Continue the Sentencing be filed under seal with a copy being served upon the United States Attorney and the United States Probation Office.

    This request is made pursuant to the Local Rule 141 (a) which states that documents can be sealed only by written order of the United States District Court. Under the Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.

The conditions and terms of release sets out confidential and sensitive information that is subject to the Defendant's privacy rights.

Accordingly, it is requested that the Sentencing Memorandum be Sealed with a copy served electronically upon the United States Attorney and the United States Probation Office.

                                            Respectfully submitted,

Dated:9/17/15                                By: ___***David A. Torres***_____
                                                 David A. Torres
                                                 Attorney for Jose Mojarro Cruz

## **ORDER**

For reasons set forth above, the defendants request to have the Stipulation and Order to Continue the Sentencing Hearing be filed Under Seal is granted.

IT IS SO ORDERED.

   Dated:  __**September 17, 2015**__        ___**/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE